## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 507 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 3668 EDA 2015 entered on October |
| | : | 23, 2017, **affirming** the Judgment of |
| RONALD J. MITCHELL. | : | Sentence of the Philadelphia County |
| | : | Court of Common Pleas at No. MC- |
| Petitioner | : | 51-CR-0000384-2010 entered on |
| | : | August 20, 2015 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, ___ A.3d ___, 2019 WL 1866653 (Pa. Apr. 26, 2019).